JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 617 -- In re NB Jackets Patent Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/09/05 | 1 | BRIEF, SCHEDULE, & CERT. OF SVC. -- Motion of pltf. NB Jackets for transfer of actions pursuant to 28 U.S.C. 1407 (A-1 thru A-4) Suggested Transferee District: N.D. Ill. Suggested Transferee Judge: Prentice H. Marshall. (rh) |
| 84/09/17 | | APPEARANCE: JOHN J. MULROONEY, ESQ. for Microtech Press Inc.; William G. Konold for Kleer-Vu Ind., Incl.; Douglas A. Strawbridge, Esq. for Minnesota Mining and Manufacturing Co.; Lee N. Abrams, Esq. for Bell & Howell Co. (rh) |
| 84/09/19 | 2 | RESPONSE -- filed by deft. Kleer-Vu Industries, Inc. (rh) |
| 84/09/20 | 3 | RESPONSE -- filed by Microtech Press, Inc. -- w/cert. of svc. (rh) |
| 84/09/20 | 4 | RESPONSE -- filed by Minnesota Minning and Manufacturing Company -- w/cert. of svc. (rh) |
| 84/09/21 | | HEARING ORDER -- Setting motion to transfer A-1 thru A-4 for Panel Hearing in Galveston, Texas on Oct. 23, 1984 (rh) |
| 84/09/21 | 5 | RESPONSE -- filed by Microseal Corporation -- w/cert. of svc. (rh) |
| 84/09/28 | 6 | REPLY -- filed by NB Jackets de Puerto Rico (rh) |
| 84/11/01 | | ORDER DENYING TRANSFER -- Order denies transfer pursuant to 28 U.S.C. §1407. Notified involved judges, clerks, counsel, hearing clerk and recipients. (rew) |
| 84/10/19 | | HEARING APPEARANCES: JAMES WETZEL, ESQ. for NB Jackets de Puerto Rico; DOUGLAS A. STRAWBRIDGE, ESQ. for Minnesota Mining and Manufacturing Co.; JOHN J. MULROONEY, ESQ. for KleerVu Ind., Inc. and Michrotech Press, Inc. (cds) |
| 84/11/01 | 7 | SUPPLEMENT TO ORAL ARGUMENT HELD ON 10/23/84 -- Minnesota Mining & Manufacturing Co. w/cert of svc. (rew) |

JPMI Form 1

Revised: 8/78

DOCKET NO. 617 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re NB Jackets Patent Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

Special Transferee Information

DATE CLOSED: 11/1/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 617 -- In re NB Jackets Patent Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | NB Jackets de Puerto Rico v. Microseal Corporation | N.D.Ill. Marshall | 84-C-6544 | Denied 11/1/84 | | | |
| A-2 | NB Jackets de Puerto Rico v. Kleer-Vu Industries, Inc. | W.D.Tenn. McRae | 84-1161 | | | | |
| A-3 | NB Jackets de Puerto Rico v. Microtech Press, Inc. | W.D.Tenn. McRae | 84-1162 | | | | |
| A-4 | NB Jackets de Puerto Rico v. Minnesota Mining and Manufacturing Company | D.Minn. MacLaughlin | 4-84-818 | | | | |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 617 -- In re NB Jackets Patent Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Microseal Corp. | A-1 |
| Kleer-VU Industries, Inc. | A-2 |
| Microtech Press, Inc. | A-3 |
| Minnesota Mining and Mfg., Co. | A-4 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |