DOCKET NO. 617

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE NB JACKETS PATENT LITIGATION

ORDER DENYING TRANSFER

This litigation presently consists of four actions pending in three federal districts: two actions in the Western District of Tennessee and one action each in the District of Minnesota and the Northern District of Illinois.  Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by plaintiff in all four actions, NB Jackets de Puerto Rico, to transfer the Tennessee and Minnesota actions to the Northern District of Illinois for coordinated or consolidated pretrial proceedings with the action pending there.  All four defendants oppose transfer.  In the event that the Panel nevertheless concludes that centralization is appropriate in this docket, then three defendants favor selection of the District of Minnesota as transferee forum.

On the basis of the papers filed and the hearing held, the Panel finds that Section 1407 transfer would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of the litigation.  Given the relatively few number of actions before us, movant has failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer.  See In re Scotch Whiskey Antitrust Litigation, 299 F.Supp. 543, 544 (J.P.M.L. 1969).  Suitable alternatives to Section 1407 transfer, such as filing or cross-filing notices for a particular deposition in all actions or seeking use of common discovery in all applicable actions, are available to the parties.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to centralize the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

DOCKET NO. 617 -- IN RE NB JACKETS PATENT LITIGATION

## NORTHERN DISTRICT OF ILLINOIS

NB Jackets de Puerto Rico v. Microseal Corporation, Civil Action No. 84-C-6544

## WESTERN DISTRICT OF TENNESSEE

NB Jackets de Puerto Rico v. Kleer-Vu Industries, Inc., Civil Action No. 84-1161

NB Jackets de Puerto Rico v. Microtech Press, Inc., Civil Action No. 84-1162

## DISTRICT OF MINNESOTA

NB Jackets de Puerto Rico v. Minnesota Mining and Manufacturing Co., Civil Action No. 4-84-818